1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  SAMI RANDOLPH, ESQ.
   Nevada Bar No. 7876
3  5100 West Sahara Avenue
   Las Vegas, Nevada 89146
4  Telephone: (702) 799-5373
   Facsimile: (702) 799-7243
5  randosn@nv.ccsd.net
   Attorneys for Defendants Clark County School District,
6      Todd Petersen, Tina Miller, Zach Stork and Connie McGrandy

7              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEVADA
8                        *********

   JARON BRIGNAC,                          CASE NO. 2:25-cv-00215-EJY
9
                Plaintiff,

10                                         **DISCOVERY PLAN AND
   v.                                       SCHEDULING ORDER** ~~(PROPOSED)~~
11

   CLARK COUNTY SCHOOL DISTRICT;
12 MANION MIDDLE SCHOOL; TODD              SPECIAL SCHEDULING REVIEW
   PETERSEN; TINA MILLER; CONNIE           REQUESTED
13 MCGRANDY; ZACH STORK, and DOES 1
   through 20,
14
                Defendants.
15

16         Pursuant to Fed. R. Civ. 26(f) , Local Rule 26-1(b), ECF No. 28 and ECF No. 29, Plaintiff

17 JARON BRIGNAC ("Plaintiff") and Defendants CLARK COUNTY SCHOOL DISTRICT,

18 TODD PETERSEN, TINA MILLER, ZACH STORK AND CONNIE MCGRANDY (hereinafter

19 collectively referred to as "CCSD Defendants" or "CCSD"), hereby submit the following

20 Stipulated Discovery Plan and Scheduling Order.  The parties request a discovery period of 180

21 days.  However, in light of the procedural history of this matter detailed below, the parties request

22 the 180 days commence on June 16, 2025.

23         Plaintiff's complaint was filed January 31, 2025.  ECF No. 1.  An Amended Complaint

24 was filed February 6, 2025.  ECF No. 7.  On February 21, 2025, Defendants filed their Motion to

25 Dismiss.  ECF No. 11.  On February 26, 2025, Plaintiff filed an Opposition to Defendants' Motion

1    to Dismiss.  ECF No. no. 14.  On February 27, 2025 Defendants filed a Motion to Dismiss

2    Plaintiff's Amended Complaint. ECF No. 15.  On March 3, 2025, Plaintiff filed a Motion for

3    Leave to file a Second Amended Complaint.  ECF No. 19.  On March 12, 2025, Defendants filed

4    a Motion to Stay Requirement to File Proposed Discovery Plan and Scheduling Order.  ECF No.

5    23.  On March 28, 2025, this Court addressed Defendants' Motion for Stay and entered an Order

6    which states in part,

7          Accordingly, IT IS HEREBY ORDERED that the Clark County School District's
          Motion to Stay Discovery (ECF No. [23]) is GRANTED pending the outcome of
8          the Motion to Dismiss and Plaintiff's Motion for Leave to File Second Amended
          Complaint, which will be decided together.

9

          IT IS FURTHER ORDERED that unless Plaintiff's Motion for Leave to File
10         Second Amended Complaint is denied with prejudice and the Motion to Dismiss
          the First Amended Complaint is granted, discovery as to all claims permitted to
11         proceed will automatically recommence on the first Court day following the
          issuance of the Court's Order. The parties will then have fourteen (14) days to meet,
12         confer, and file a revised discovery plan and scheduling order with the Court.

13   ECF No. 28.  On May 30, 2025, the Court addressed Plaintiff's Motion for Leave to Amend

14   and Defendants' Motion to Dismiss in an Order which states in part,

15              Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave
          to File Second Amended Complaint (ECF No. 19) is GRANTED IN PART and
16         DENIED IN PART.

17              IT IS FURTHER ORDERED that Plaintiff's Second Amended Complaint
          may proceed on his civil conspiracy, Retaliation, and Equal Protection claims.
18         Plaintiff may not proceed on his Due Process claim, or any other claim that is
          asserted on behalf of his daughter, so long as he is proceeding *pro se.*

19
              IS IF FURTHER ORDERED that the Clerk of Court is to separate the
20         Second Amended Complaint and related exhibits at ECF No. 19 from pages 7 to
          103 and file the same.

21
              IT IS FURTHER ORDERED that Defendants' responsive pleading is due
22         no later than **June 16, 2025**.

23   ECF No. 29 (Emphasis in original).  In accordance with the timeline noted in ECF No. 28, the

24   parties participated in a Rule 26 Conference on June 9, 2025 and now submit the (Proposed)

25   Discovery Plan and Scheduling Order.

**PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

The Parties discussed and agreed to propose a 180 day discovery period to being on June 16, 2025. This date was proposed based on the deadlines contained in recent Orders from the Court lifting the stay and resolving pending motions.

The Parties agree that discovery needs to be conducted on the claims that shall move forward as noted in the Order dated May 30, 2025 and defenses asserted by the Parties.  ECF No. 29.  The Parties do not believe that discovery needs to be conducted in phases.

**1.     Meeting:  June 9, 2025**

On June 9, 2025, the Parties participated in the Fed. R. Civ. P. 26(f) discovery conference via telephone.  Plaintiff, JARON BRIGNAC appeared on behalf of himself.  SAMI RANDOLPH, ESQ., appeared on behalf of Defendants.

**2.     Initial Disclosures:  June 23, 2025**

**3.     Discovery Plan,** the parties propose the following discovery plan:

      **i.     Amend Pleadings and/or Adding Parties:  September 16, 2025**

      **ii.     Initial Expert Disclosure: October 16, 2025**

      **iii.     Rebuttal Expert Disclosure:  November 17, 2025**
      **(30 days fell on Saturday, November 15, 2025)**

      **iv.     Discovery Cutoff:  December 15, 2025**
      **(180 days fell on Saturday, December 13, 2025)**

      **v.     Dispositive Motion Deadline: January 14, 2026**

      **vi.     Joint Pre-Trial Order: February 13, 2026 or thirty (30) days after resolution of dispositive motions.**

**4.     Alternative Dispute Resolution**

The Parties certify that during the meet and confer the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation were discussed. The Plaintiff stated he is not interested in participating in ADR.  Defendants are willing

1 | to participate in a settlement conference utilizing the services of either a United States District

2 | Court Judge or United States Magistrate Judge with availability.

3 | **5.       Alternative Forms of Case Disposition**

4 | The Parties discussed consent to trial by a magistrate judge and involvement of a magistrate judge

5 | in this matter.  No agreement was reached on this issue.

6 | **6.       Extensions or Modifications of the Discovery Plan and Scheduling Order** LR

7 | 26-3 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any

8 | stipulation or motion must be made at least twenty-one (21) days prior to the expiration of any

9 | extension thereof that may have been approved by the Court, or at least twenty-one (21) days

10 | prior to the expiration of the subject deadline.

11 |          Dated this 13th day of June, 2025.

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

 /s/ Jason Brignac                                    /s/ Sami Randolph
Jason Brignac                              Sami Randolph, Esq.; NV Bar No. 7876
9100 Wilshire Blvd., Suite 725 E           5100 West Sahara Avenue
Beverly Hills, CA 90212                    Las Vegas, Nevada 89146
Plaintiff pro se                           Attorneys for Defendants
                                           Clark County School District, Todd Petersen,
                                           Tina Miller, Zach Stork and Connie McGrandy

**ORDER**

**IT IS SO ORDERED.**

**U.S. MAGISTRATE JUDGE**
**DATED:  June 13, 2025**