THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone:     702-384-4012
Facsimile: 702-383-0701
Email: tdillard@ocgattorneys.com

*Attorney for DEFENDANTS*
   *Clark County School District, Todd Petersen,*
   *Tina Miller, Zach Stork and*
   *Connie McGrandy*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JARON BRIGNAC,<br><br>            Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; MANION MIDDLE SCHOOL, TODD PETERSEN; TINA MILLER; CONNIE MCGRANDY; ZACH STORK, and DOES 1 through 20,<br><br>            Defendants. | CASE NO. 2:25-CV-00215-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE FOR 30 DAYS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, JARON BRIGNAC, *Plaintiff pro se,* and Defendants, CLARK COUNTY SCHOOL DISTRICT, TODD PETERSEN, TINA MILLER, CONNIE MCGRANDY, and ZACH STORK, through their attorney, THOMAS D. DILLARD, JR., ESQ., of the law firm of OLSON CANNON & GORMLEY, that:

/ / /

/ / /

/ / /

/ / /

/ / /

1

IN CONSIDERATION OF THE FOLLOWING:

1. On December 23, 2025, Thomas D. Dillard, Jr., Esq. filed a Notice of Appearance on behalf of Defendants Clark County School District, Todd Petersen, Tina Miller, Zach Stork and Connie McGrandy [Dkt.38] and needs time to familiarize himself with this case.

2. Plaintiff has indicated to defense counsel that he needs to resolve a discovery dispute with Defendants prior to the current dispositive motion deadline.

3. The dispositive motion deadline is currently set for January 14, 2025.

4. The parties desire to avoid the additional expense of preparing and responding to dispositive motions that may become moot if certain disputes are resolved.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE that the dispositive motion deadline will be extended 30 days, until February 13, 2026. Additionally, the parties stipulate that Plaintiff reserves the right to file a motion to compel discovery responses.

RESPECTFULLY SUBMITTED.

DATED this 24th day of December, 2025.          DATED this 24th day of December, 2025.

                                                OLSON CANNON & GORMLEY

/s/   Jaron Brignac                        BY:  /s/   Thomas D. Dillard, Jr.
JARON BRIGNAC                                   THOMAS D. DILLARD, JR., ESQ.
*Plaintiff Pro Se*                              Nevada Bar No. 6270
9100 Wilshire Blvd., Suite 725 E                9950 W. Cheyenne Avenue
Beverly Hills, CA. 90212                        Las Vegas, NV. 89129
                                                *Attorney for DEFENDANTS*
                                                *Clark County School District, Todd*
                                                *Petersen, Tina Miller, Zach Stork and*
                                                *Connie McGrandy*

**IT IS HEREBY ORDERED:**

_[signature]_
UNITED STATES MAGISTRATE JUDGE

DATED: December 29, 2025

Page 2 of 2